JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 16-5651-JFW (JPRx)**                               Date: September 29, 2016

Title:   Diego Ramirez -v- Ela Victoria, LLC. et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                                    None Present
  Courtroom Deputy                                  Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                               None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

        In the Notice of Settlement filed on September 28, 2016, Dkt. No.11, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **November 14, 2016**.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until November 14, 2016.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

        IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 1/14/15)